78,218-01

Chrisondath Badall
Pack One Unit # 1329319
2400 Wallace Pack Rd.
Navasota,Tx. 77869
March 9th,2015



Abel Acosta,Clerk
Court of Criminal Appeals
P.O.Box 12308
Capitol Station
Austin,Tx. 78711

RE: Badall,Chrisondath
    CCA No.WR-78,218-01
    Trial Court Case No. CR24834-A

Dear Mr.Acosta,

Please find this in regards to the above-mentioned reference matter.

On Feb.19th,2015, I sent your office a letter requesting an update status on my 11.07 Writ of Habeas Corpus.Today,I have received your reply dated Feb.24th,2015, stating among things,"**The status is: Dismissed--Non Compliant on August 22,2012.Specifically,facts not set out on the prescribed form.**"

There's seems to be a misunderstanding and/or mistake,insofar as, my 11.07 Writ of Habeas Corpus could not have been dismissed on Aug. 22,2012...When the Court Of Criminal Appeals had ordered the Trial Court to conduct an Evidentiary Hearing concerning the allegation(s) submitted in my 11.07 Writ of Habeas Corpus.This Hearing was not conducted until June 11,2013,and the Trial Court did not enter its Findinds of Fact and Conclusions until Sept.13,2013.

Hopefully,there is simply an oversight in the records,and this matter can now be emended.All I am seeking is the following:

1.) What is the updated status of my 11.07 Writ Habeas Corpus filed on April 18th,2012;

2.) What is the updated status of the Evidentiary Hearing conducted by the Trial Court on June 11,2013,and Trial Courts Findings of Facts and Conclusions of Law entered on Sept.13,2013;and

3.) Can you please send me one copy of the docket Sheet regarding all filings;proceedings,and orders concerning the above-mentioned referenced matter?

I have enclosed a self-addressed envelope for your reply.Thank you for your time and assistance with this matter.

Respectfully

Chrisondath Badall